# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162129(45)

SPECTRUM HEALTH HOSPITALS,
      Plaintiff-Appellant,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant,
and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellee..
_____/

MSC: 162129
COA: 347553
Kent CC: 17-007661-NF

On order of the Chief Justice, the motion of the Coalition Protecting Auto No-Fault for leave to appear as an amicus curiae in this case and to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before January 15, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020



Clerk